IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br>Timothy Wilkes Sr., et al. v. AbbVie, Inc., et al.<br><br>Civil Action No. 1:15-cv-11682 | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Timothy Wilkes, Sr. and Pamela Wilkes, and counsel for Defendants ELI LILLY AND COMPANY, LILLY USA, LLC, ACRUX COMMERCIAL PTY LTD. and ACRUX DDS DDS PTY LTD., pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed without prejudice and without costs or attorneys' fees to any party.

| | |
|---|---|
| */s/ Lawrence J. Scanlon*<br>Lawrence J. Scanlon<br>**SCANLON & ELLIOTT**<br>159 South Main Street, Ste. 400<br>Akron, Ohio 44308<br><br>*Attorney for Plaintiffs* | */s/ David E. Stanley*<br>David E. Stanley<br>**REED SMITH LLP**<br>355 S. Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendants Eli Lilly and Compan, Lilly USA, LLC, Acrux Commercial Pty Ltd.and Acrux DDS Pty Ltd.* |

1

/s/ Christopher R. Boisvert
Christopher R. Boisvert
DECHERT, LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000

*Attorney for Defendants AbbVie, Inc. and Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I, David E. Stanley, hereby certify that on March 17, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David E. Stanley*
